■

COM.

v.

ENYEART, R.

90 WDA 2016

Superior Court of Pennsylvania.

07/19/2017

CP–17–CR–0000212–2015 (Clearfield)

Affirmed

■

COM.

v.

MONTGOMERY, R.

1560 WDA 2016

Superior Court of Pennsylvania.

07/19/2017

CP–11–CR–0000169–2007 (Cambria)

Affirmed

■

COM.

v.

YOUNG, T.

1570 WDA 2016

Superior Court of Pennsylvania.

07/19/2017

CP–02–CR–0000832–2016 (Allegheny)

Affirmed

■

COM.

v.

ACHESON, M.

1732 WDA 2016

Superior Court of Pennsylvania.

07/19/2017

CP–02–SA–0001865–2016 (Allegheny)

Affirmed

■

COM.

v.

WINWOOD, D.

1871 WDA 2016

Superior Court of Pennsylvania.

07/19/2017

CP–02–CR–0010718–1985 (Allegheny)

Affirmed

